# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

DAVID CRUTCHER,    )
                   )
    Plaintiff      )
                   )
    vs.            )    Case No. _____
                   )    *(The case number will be assigned by the clerk)*
Cecil Polley       )
Dr Monica Duran    )
Kedra Sedlock      )
Cody Kersey        )
Malorie Bergschneider )
_____ )
_____ )
_____,)
                   )
    Defendant(s)   )

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

[X] 42 U.S.C. §1983 (state, county or municipal defendants)

[ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

[ ] Other federal law: _____

[ ] Unknown _____

---

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

# I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

# II. PARTIES

A. Plaintiff:

Full Name: DAVID CRUTCHER

Prison Identification Number: _____

Current address: 301 WEST FRANKLIN TAYlorville IL 62568

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Cecil Polley

Current Job Title: JAIL AdmINISTRATOr AT ChrISTIAN COUNTY JAIl

Current Work Address 301 WEST FRANKLIN TAYlorville IL 62568

Defendant #2:

Full Name: Dr MONICA DURAN

Current Job Title: ChrISTIAN COUNTY JAIls Doctor

Current Work Address 301 WEST FRANKLIN TAYlorville IL 62568

Defendant #3:

Full Name: Kedra Sedlock

2

Current Job Title: CHRISTIAN COUNTY JAIL NURSE

Current Work Address: 301 W FRANKLIN
TAYLORVILLE IL 62568

Defendant #4:

Full Name: Cody Kersey

Current Job Title: JAIL OFFICER AT CHRISTIAN COUNTY JAIL

Current Work Address: 301 WEST FRANKLIN
TAYLORVILLE IL 62568

Defendant #5:

Full Name: Malorie Bergschneider

Current Job Title: JAIL OFFICER AT CHRISTIAN COUNTY JAIL

Current Work Address: 301 WEST FRANKLIN
TAYLORVILLE IL 62568

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

The *"three strikes rule"* bars a prisoner from bringing a civil action or appeal <u>in forma pauperis</u> in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?     Yes ☐     No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐     No ☒

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number _____

2. Basic claim made _____

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☒  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

　　Yes ☒  No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed? Yes ☒  No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence _____

Date(s) of the occurrence _____

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

### I Jurisdiction and Venue

1. This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of Rights secured by the Constitution of the United States. The Court has jurisdiction under 28 U.S.C Section 1331 and 1343(a)(3). Plaintiff Crutcher seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff Crutcher claims for injunctive relief are authorized by 28 U.S.C. Sections 2283 and 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2. The Central District of Illinois is an appropriate venue under 28 U.S.C Section 1391(b)(2) because it is where the events giving rise to this claim occurred.

### II Plaintiff

3. Plaintiff David Crutcher is and was at all times mentioned herein a inmate at the Christian County Jail. He is currently confined in the Christian County Jail located at 301 West Franklin Taylorville

ILLINOIS. PLAINTIFF CRUTCHER IS A STATE PRETRIAL DETAINEE.

## III. DEFENDANTS

4. Defendant Cecil Polley is the Jail Administrator of the Christian County Jail. He is legally responsible for the welfare of all inmates at the Christian County Jail.

5. Defendant Dr Monica Duran is the Doctor at the Christian County Jail. She is employed through Advance Correctional Healthcare. Dr Duran is responsible to see, diagnose, and to prescribe medication to the inmates of the Christian County Jail.

6. Defendant Nurse Kedra Sedlock is the Nurse at the Christian County Jail. She is employed through Advance Correctional Healthcare. She is responsible to see inmates at the Christian County Jail. Nurse Sedlock then reports to Dr Duran. Nurse Sedlock then fills the Jail MARS out per Dr Durans orders.

7. Defendant Cody Kersey is a Jail Officer at the Christian County Jail. Defendant Kersey passes out medication and medical supplies out to inmates on his shift.

8. Defendant Malorie Bergschneider is a Jail Officer at the Christian County Jail. Defendant Bergschneider passes out medication and medical supplies out to inmates on her shift.

6

Constitution. These violations were reported to Defendant Polley by use of the jails general, medical request and grievance procedures. These violations caused Plaintiff Crutcher pain, suffering, physical injury and emotional distress.

19. Defendant Bergschneider by refusing to allow Plaintiff Crutcher to have adequate medical supplies that Defendant Dr Duran had ordered, such as gauze, band aids, antibiotic ointment, is a deliberate indifference for adequate medical care. Defendant Bergschneider's actions violated Plaintiff Crutcher's rights under the 8th Amendment to the United States Constitution. These violations were reported to Defendant Polley by use of the jails general, medical request and grievance procedures. These violations caused Plaintiff Crutcher pain, suffering, physical injury and emotional distress.

20. Plaintiff Crutcher has no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff Crutcher has been and will continue to be irreparable injured by the conduct of the defendants unless this court grants the declatory, injunctive and monetary relief which the Plaintiff seeks.

## V PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully pray that this court enter Judgement:

## IV FACTS

9. At all times relevant to this case, Plaintiff David Crutcher is an inmate at the Christian County Jail at 301 West Franklin Taylorville IL.

10. Defendants failed to provide Plaintiff with adequate medical care since Sept 19 2023 in violation of his rights under the 8th Amendment.

11. Plaintiff has requested through the Jails medical and grievance procedure since Sept 19 2023 to have medical assistance for a open wound with severe necrosis and drainage.

12. Plaintiff has requested through the Jails medical and grievance procedure since Sept 2023 for adequate medical supplies to dress the open draining wound to prevent other inmates to be in contact with bodily fluids.

13. Plaintiff has requested though the Jails medical procedure to have antibiotics and pain meds extended past the seven days prescribed by Dr Duran

14. All request by Plaintiff after Sept 26 2023 have been ignored

## V Legal Claims

15. Defendant Polley by disregarding general, medical requests and grievances sent by the Plaintiff about the need for medical attention concerning the open wound surrounded by necrosis. Defendant Polley's action violated Plaintiff Crutcher

8

rights under the 8th Amendment to the UNITED STATES CONSTITUTION and caused Plaintiff CRUTCHER pain, suffering, physical injury and emotional distress

16. Defendant Dr Duran by not reseeing Plaintiff Crutcher's open wound and by not extending the prescription for antibiotic and pain medication deprived Plaintiff Crutcher of adequate medical care. Defendant Durans actions violated Plaintiff Crutcher's rights under the 8th Amendment to the UNITED STATES CONSTITUTION and caused Plaintiff Crutcher pain, suffering, physical injury and emotional distress.

17. Defendant Nurse Sedlack by not conducting multiple exams of Plaintiffs Crutcher's open wound allowed the wound on Plaintiffs right butt cheek to become severely infected. The long lasting effects of this severe infection has caused necrosis. Defendant Sedlack action violated Plaintiff Crutchers rights under the 8th Amendment to the UNITED STATES CONSTITUTION and has caused Plaintiff Crutcher pain, suffering, physical injury and emotional distress.

18. Defendant Kersey by refusing to allow Plaintiff Crutcher to have adequate medical supplies, that Defendant Dr Duran had ordered, such as gauze, bandaids, antibiotic ointment, is a deliberate indifference for adequate medical care. Defendant Kerseys actions violated Plaintiffs Crutchers rights under the 8th Amendment to the UNITED STATES

21 GRANTING PLAINTIFF CRUTCHER A declaration that the acts and omissions described herein violated his rights under the Constitution and laws of the United States, And.

22 GRANTING PLAINTIFF A preliminary and permanent injunction to seek Defendants Polley, Duran, Sedlack to render medical care of PLAINTIFF CRUTCHER. And

23 GRANTING PLAINTIFF compensatory damages in the Amount of $25,000.00 Against each Defendant, jointly and severally. And

24 GRANTING PLAINTIFF nominal and punitive damages in the Amount of $25,000.00. PLAINTIFF CRUTCHER seeks those damages against each defendant, jointly and severally. And

25 PLAINTIFF also seeks A JURY TRIAL ON All Issues Triable by JURY. And

26 PLAINTIFF also seeks recovery of the cost in this suit. And

27 Any additional relief this court deems just, proper, And equitable

Respectfully Submitted
DAVID A CRUTCHER
301 W. FRANKLIN
Taylorville IL 62568

VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters

## RELIEF REQUESTED

(State what relief you want from the court.)

Alleged on Information and belief And as to these, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Taylorville Illinois on

JURY DEMAND     Yes ☒     No ☐

Signed this _____ day of _____, 20_____.

( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Address: | Telephone Number: |