Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **David Crutcher** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case Number: 23-3312 |
| | ) |
| **Cecil Polley, Monica Duran,** | ) |
| **Kedra Sedlock, Kody Kersey,** | ) |
| **Malorie Bergschneider.** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.  This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff David Crutcher's action against Defendants Cecil Polley, Monica Duran, Kedra Sedlock, Kody Kersy and Malorie Bergschneider is dismissed.

**Dated: 6/21/2024**

        s/ Shig Yasunaga
        Shig Yasunaga
        Clerk, U.S. District Court